UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROSE EXPOSE, | Case No. 2:21-cv-01375-KJM-JDP (PS) |
| Plaintiff, | RECUSAL ORDER |
| v. | |
| JUDGE KIMBERLY J. MUELLER, *et al.*, | |
| Defendant. | |

I hereby recuse myself from this action under 28 U.S.C. § 455(b)(5)(i). Accordingly, the Clerk of Court is directed to refer this case to another magistrate judge.

IT IS SO ORDERED.

Dated:   August 9, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28