1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LINDA ROSE EXPOSE,                         No.  2:21-cv-01375 TLN-DB

12                  Plaintiff,

13          v.                                    **ORDER**

14    CHIEF JUDGE KIMBERLY MUELLER,
      et al.
15

16                  Defendants.

17

18          Plaintiff is proceeding in this action *pro se*.  The matter was referred to a United States

19    Magistrate Judge pursuant to Local Rule 302(c)(21).

20          On November 10, 2021, the magistrate judge filed findings and recommendations herein

21    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within thirty days after service of the findings and

23    recommendations.  (ECF No. 5.)  The thirty-day period has expired, and Plaintiff has filed

24    objections to the findings and recommendations.  (ECF No. 7.)

25          The Court has reviewed the file and finds the findings and recommendations to be

26    supported by the record and by the magistrate judge's analysis.

27    ///

28    ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed November 10, 2021 (ECF No. 5) are ADOPTED in full;

2.  Plaintiff's August 3, 2021 Application to Proceed in Forma Pauperis (ECF No. 2) is DENIED;

3.  Plaintiff's September 16, 2021 Amended Complaint (ECF No. 4) is DISMISSED without further leave to amend; and

4.  This action is closed.

**DATED:  October 14, 2022**

Troy L. Nunley
United States District Judge

2